# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor by and through her Guardian Ad Litem MELISSA SHAFER; and VINCENT AVILA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FONTANA; Officer SHAWN MICHELS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 5:16-CV-02498-JGB (DTBx)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Honorable District Judge Jesus G. Bernal<br>Magistrate Judge David T. Bristow<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CLAIMS AND STRIKE LANGUAGE IN PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Having reviewed the Stipulation between Plaintiffs M.S., a minor by and through her Guardian Ad Litem MELISSA SHAFER; and VINCENT AVILA, individually and Defendant CITY OF FONTANA, regarding Plaintiffs' First Amended Complaint, and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that:

a. Plaintiffs M.S., a minor by and through her Guardian Ad Litem MELISSA SHAFER; and VINCENT AVILA's fifth, sixth, and seventh claims for relief against Defendant CITY OF FONTANA are dismissed, without prejudice;

b. Plaintiff VINCENT AVILA's claims as to the eighth, ninth, and tenth claims for relief (false imprisonment, battery and negligence) against Defendant CITY OF FONTANA is dismissed without prejudice;

c. As to the eighth claim for relief (false imprisonment), the language regarding "wrongful death damages" is deemed stricken;

d. As to the eighth, ninth, and tenth claims for relief (false imprisonment, battery and negligence), the language regarding "attorney fees" is deemed stricken.

**IT IS SO ORDERED.**

Dated: May 24, 2017

Jesus G. Bernal
U.S. District Judge